UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FALLS LAKE NATIONAL INSURANCE COMPANY,

            Plaintiff,

        v.

NEXUS BUILDERS CORP., *et al.*,

            Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

21-CV-1403 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of Defendants' failure to appear and Plaintiff's pending motion for default judgment, the initial pre-trial conference, currently scheduled for May 21, 2021, is hereby adjourned sine die..

SO ORDERED.

Dated:    April 21, 2021
            New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge