

**Dan D. Kohane**
ddk@hurwitzfine.com

May 27, 2021

<u>*VIA ECF*</u>

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The Clerk of Court is respectfully directed to remove terminated-party Pancare Pharmacy from the docket in this case.
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> May 28, 2021

RE: Falls Lake National Insurance Company, et al
Case No. 1:21-cv-01403-RA

Dear Judge Abrams:

Our office represents Pancare Pharmacy, Inc. in the above-referenced litigation. On April 28, 2021, a stipulation discontinuing this lawsuit against Pancare Pharmacy, Inc. was filed with the Court (Document #34).

Please accept this letter motion as a formal request to remove the undersigned from the case docket and terminated from receiving future notifications in this matter.

Thank you for your consideration.

Very truly yours,

HURWITZ & FINE, P.C.

Dan D. Kohane

DDK:krk