```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FALLS LAKE NATIONAL INSURANCE COMPANY,

            Plaintiff,

            v.

NEXUS BUILDERS CORP., THO BINH PHAN, HIP WAH HING REALTY CORP., UNITED KING CONSTRUCTION CORP., and HAO DA XIAN TAOIST TEMPLE, INC.,

            Defendants.

No. 21-cv-1403 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      Pending before the Court are motions for summary judgment and default judgment by Plaintiff Falls Lake National Insurance Company. *See* Dkt. 51. A telephonic conference is hereby scheduled for March 30, 2023, at 3:00 p.m., to discuss the pending motions and other matters in this action. Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:    March 28, 2023
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge