USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FALLS LAKE NATIONAL INSURANCE COMPANY,

                Plaintiff,

                v.

NEXUS BUILDERS CORP., THO BINH PHAN, HIP WAH HING REALTY CORP., UNITED KING CONSTRUCTION CORP., and HAO DA XIAN TAOIST TEMPLE, INC.,

                Defendants.

No. 21-cv-1403 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons explained during the conference held earlier today, Plaintiff's pending motions for summary judgment and default judgment, *see* Dkt. 51, are denied without prejudice. Defendant Hip Wah Hing Realty Corporation shall have sixty (60) days to obtain discovery pursuant to Federal Rule of Civil Procedure 56(d). The parties are directed to file a joint letter no later than May 31, 2023, apprising the Court of the status of that discovery, and indicating whether either party intends to file a dispositive motion.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 51.

SO ORDERED.

Dated:   March 30, 2023
         New York, New York

                                                Hon. Ronnie Abrams
                                                United States District Judge