# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

FALLS LAKE NATIONAL INSURANCE COMPANY,

                    Plaintiff,                    21 **CIVIL** 1403 (RA)

      -against-                                   **<u>JUDGMENT</u>**

NEXUS BUILDERS CORP., THO BINH PHAN, HIP WAH HING REALTY CORP., UNITED KING CONSTRUCTION CORP., and HUAN DA XIAN TAOIST TEMPLE, INC.,

                    Defendants.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 21, 2024, Falls Lake's motion for summary judgment is granted. The Court declares that insurance Policy Numbers SKP2007005 10 and SKP2007005 11 are rescinded ab initio. Falls Lake's motion for default judgment against Nexus, Tho Binh Phan, United King Construction Corp., and Huan Da Xian Taoist Temple, Inc. is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
          February 22, 2024

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                            **BY:**

                                                                    **Deputy Clerk**